UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTISHA STARNES,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　Defendant. | Case No. 1:25-cv-01221-CDB (SS)<br><br>ORDER GRANTING *NUNC PRO TUNC* DEFENDANT'S MOTION EXTENDING TIME TO RESPOND TO THE COMPLAINT<br><br>(Doc. 11) |

Pending before the Court is Defendant's motion to extend the deadline to respond to Plaintiff's complaint, from November 17, 2025, to December 5, 2025, filed on November 20, 2025, three days after the current deadline. (Doc. 11). Defendant asserts the extension is necessary because counsel has many backlogs resulting from the government shutdown. *Id.* at 1-2. Defendant represents that the motion is unopposed by Plaintiff and acknowledges the motion is late due to an unspecified "oversight" by counsel. *Id.* at 2.

In the Eastern District of California, "[r]equests for Court-approved extensions brought on the required filing date for the pleading or other document are looked upon with disfavor." Local Rule 144(d). While the Court finds good cause to an extension, here, it should have become apparent to the Defendant that they required an extension of time before the November 17, 2025, deadline. The Court disfavors granting relief *nunc pro tunc* and admonishes the Defendant to exercise better care and to adhere to this Court's Local Rules in all future filings.

**Conclusion and Order**

As the motion is unopposed and for good cause shown, it is HEREBY ORDERED:

Defendant's motion (Doc. 11) is GRANTED *nunc pro tunc*. Defendant shall respond to Plaintiff's complaint by no later than **December 5, 2025**. Plaintiff's motion for summary judgment, the cross-motion for summary judgment, and any optional reply shall be filed in accordance with the Court's scheduling order. (Doc. 5 at 2).

IT IS SO ORDERED.

Dated:   **November 21, 2025**

UNITED STATES MAGISTRATE JUDGE